AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_****\_\_\_\_\_DISTRICT OF\_\_NEVADA\_\_\_\_\_

NEXT GAMING LLC,

     Plaintiff,

v.

GLOBAL GAMING
GROUP INC, et al.,

     Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **2:14-cv-00071-MMD-CWH**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff Next Gaming's Motion for Default Judgment (ECF No. 28) is granted. The request for attorney's fees is granted in the amount of $21,185.25 and costs in the amount of $2,602.75. Judgment is entered in Plaintiff's favor and against Defendant Atlantic City Coin & Slot Service Company.

July 13, 2016

**LANCE S. WILSON**
Clerk

/s/ K. Rusin
Deputy Clerk